■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAVON DEAN, Appellant. [930 NYS2d 171]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Peradotto, Carni, Gorski and Martoche, JJ.